**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Curran, <br><br> Petitioner, <br> *- against -* <br><br> Keyser, <br><br> Respondent. | 19CV4196 (CS)(LMS) <br><br><br> ORDER |

**Lisa Margaret Smith, U.S.M.J.**

     Petitioner filed a letter on November 25, 2019, seeking to stay and hold in abeyance this habeas proceeding while he exhausts a new claim by way of a Section 440.10 motion that he appears to have filed in state court. Docket # 21. To date, Respondent has not responded to Petitioner's letter. Accordingly, the Court hereby orders Respondent to serve and file a response to Petitioner's letter **by no later than April 23, 2020**.

     Counsel for Respondent shall send a copy of this Order to Petitioner and file a certificate of service, or its equivalent, on the docket.

Dated: April 9, 2020
       White Plains, New York

                                      **SO ORDERED,**

                                      Lisa Margaret Smith
                                      United States Magistrate Judge
                                      Southern District of New York