UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JUSTIN CURRAN,

                Petitioner,                  **ORDER**

    -against-                      19-cv-4196 (CS) (AEK)

WILLIAM F. KEYSER,

                Respondent.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

    The Court is in receipt of Petitioner's letter, filed at ECF No. 41, requesting an evidentiary hearing. ECF No. 41. Respondent is directed to serve and file a response to Petitioner's request by December 21, 2022.

    As a reminder to the *pro se* Petitioner, this case was reassigned to the undersigned from Magistrate Judge Smith on October 16, 2020. Accordingly, future correspondence with the Court should be addressed to Magistrate Judge Krause, and not Magistrate Judge Smith.

    The Clerk of Court is respectfully directed to mail a copy of this order to *pro se* Petitioner.

Dated: December 1, 2022
       White Plains, New York

                                                  **SO ORDERED.**

                                                  ANDREW E. KRAUSE
                                                  United States Magistrate Judge