UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JUSTIN CURRAN,

                  Petitioner,                  **ORDER**

    -against-                              19-cv-4196 (CS) (AEK)

WILLIAM F. KEYSER,

                  Respondent.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

    The Court is in receipt of Petitioner's letter, filed at ECF No. 48, requesting an emergency oral hearing on his writ of habeas corpus. Respondent is directed to serve and file a response to Petitioner's request by February 24, 2023.

    The Clerk of Court is respectfully directed to mail a copy of this order to *pro se* Petitioner.

Dated: February 10, 2023
       White Plains, New York

                                                  **SO ORDERED.**

                                                  _____
                                                  ANDREW E. KRAUSE
                                                  United States Magistrate Judge