**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JUSTIN CURRAN,

                    Petitioner,                      19 **CIVIL** 4196 (CS)(AEK)

       -against-                            **JUDGMENT**

WILLIAM F. KEYSER,

                    Respondent.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated January 29, 2026, no objections to the Report and Recommendation (the "R&R") have been received, and the Court has reviewed it for clear error. Finding no error, clear or otherwise, the R&R is adopted as the decision of Court. The petition is dismissed, Petitioner's request for a hearing is denied, and a certificate of appealability will not issue; accordingly, the case is closed.

**Dated:** New York, New York
        February 2, 2026

                                         **TAMMI M. HELLWIG**

                                        _____
                                         **Clerk of Court**

              **BY:**          K. mango

                                         _____
                                         **Deputy Clerk**